# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES E. FOSTER,** | : | |
| Plaintiff, | : | |
| vs. | : | |
| | | **CIVIL ACTION 08-0367-KD-M** |
| **MICHAEL J. ASTRUE,** Commissioner of | : | |
| Social Security, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED.**

**DONE** this the 19th day of February, 2009.

/s/ Kristi K. Dubose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**