IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES E. FOSTER,** | : |
| Plaintiff, | : |
| vs. | : |
| | CIVIL ACTION 08-0367-KD-M |
| **MICHAEL J. ASTRUE,** | : |
| Commissioner of | |
| Social Security, | : |
| Defendant. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Michael J. Astrue and against Plaintiff Charles E. Foster.

**DONE** this the 19th day of February, 2009.

/s/ Kristi K. Dubose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**